**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 17-43969-399 |
| **MICHAEL A LODATTO** | ) | Chapter 13 |
| | ) | |
| | ) | Re: Objection to Claim 6 filed by |
| | ) |     UNITED CONSUMER FINANCIAL |
| | ) |     SVCS |
| | ) |     Acct: 1583 |
| **Debtor** | ) | |
| | ) | 24 OBJ: 08/16/2017 |

### CERTIFICATION AND ORDER FOR TRUSTEE'S OBJECTION TO CLAIM

    The Trustee certifies that she made service in accordance with applicable bankruptcy rules, that 21 days have passed since service of Trustee's objection and that Trustee has received no response in opposition to her objection or that any opposition has been resolved.

                                                 /s/ Diana S. Daugherty

ORDCLM--AC

                                                 Diana S. Daugherty
                                                 Standing Chapter 13 Trustee

### ORDER

    Upon Trustee's objection to claim number 6 filed by UNITED CONSUMER FINANCIAL SVCS, for good cause shown, it is ORDERED that the Trustee's objection is SUSTAINED and the claim is allowed but ordered not paid by the Trustee. An amended claim may be filed for the deficiency balance.

                                                 /s/ Barry S. Schermer

**DATED: September 26, 2017**                       **Barry S. Schermer**
**St. Louis, Missouri**                                **United States Bankruptcy Judge**

Copy mailed to:

MICHAEL A LODATTO
704 SPORTSMANS CT
WARRENTON, MO  63383

WESTBROOK LAW GROUP LLC
515 JEFFERSON ST
STE C
ST CHARLES, MO  63301

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

UNITED CONSUMER FINANCIAL SVCS
3936 E FORT LOWELL RD
STE 200
TUCSON, AZ  85712